[No. 13348.   Department One.   November 13, 1916.]

CLARKE & EATON COMPANY, *Appellant,* v. WARDEN INVESTMENT
COMPANY, *Respondent.*[1]

Appeal from a judgment of the superior court for Spokane county, Huneke, J., entered October 25, 1915, upon findings in favor of the defendant, in an action for damages, tried to the court. Affirmed.

*Peacock & Ludden,* for appellant.

*Wakefield & Witherspoon (E. P. Twohy,* of counsel), for respondent.

PER CURIAM.—The question in this case is whether a payment of interest amounting to $1,466.64, made upon a note secured by a real estate mortgage, should be credited upon a note executed by the defendant and held by the plaintiff. The trial court, upon the issues of the case, found that a settlement and stated account was had by the parties, and that the defendant had assumed this payment in addition to the note held by the plaintiff. The evidence plainly sustains this finding. The judgment must therefore be affirmed.

<hr>

[No. 13318.   *En Banc.*   November 15, 1916.]

JESSE W. SPEAR *et al., Appellants,* v. THE CITY OF BREMERTON,
*Respondent,* KITSAP HOTEL INVESTMENT COMPANY *et al.,*
*Interveners.*[2]

Appeal from a judgment of the superior court for Kitsap county, Dykeman, J., entered November 24, 1915, dismissing an action for equitable relief, after a trial to the court. Modified.

*A. C. Durham and Robinson & Robinson,* for appellants.

*Marion Garland* and *Bryan & Colvin (J. W. Bryan,* of counsel), for respondent and interveners.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court still adhere to the opinion heretofore filed herein as reported in 90 Wash. 507, 156 Pac. 825, and for the reasons there stated, the judgment is modified.

[1]Reported in 160 Pac. 1199.
[2]Reported in 160 Pac. 946.